UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MCCLELLAN,<br><br>        Plaintiff,<br><br>  v.<br><br>JON FINK, et al.,<br><br>        Defendants.<br>_____/ | District Court Case Number:<br>1:08-cv-1326 WMW (PC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Document #14) |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Judgment was entered in this case on April 1, 2009, and on May 4, 2009, Plaintiff filed a notice of appeal.

      On May 4, 2009, Plaintiff filed a motion for leave to proceed in forma pauperis on appeal. Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a party who was permitted to proceed in forma pauperis in the district court action may proceed in forma pauperis on appeal without prior authorization. In this case, Plaintiff's application to proceed in forma pauperis was granted on September 15, 2008. In light of this rule, IT IS HEREBY ORDERED that:

    1.    Plaintiff's application to proceed in forma pauperis on appeal is DISREGARDED AS MOOT; and

/////

/////

2. The Clerk of Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:    May 7, 2009                        /s/  William M. Wunderlich
                                             UNITED STATES MAGISTRATE JUDGE